NUMBER 13-00-639-CR




 COURT OF APPEALS




 THIRTEENTH DISTRICT OF TEXAS




 CORPUS CHRISTI

__________________________________________________________________




ABELARDO GARCIA MALDONADO, Appellant,




 v.




THE STATE OF TEXAS, Appellee.

__________________________________________________________________




 On appeal from the 24th District Court 

 of Refugio County, Texas.

___________________________________________________________________




 O P I N I O N




 Before Chief Justice Valdez and Justices Hinojosa and
Yañez

 Opinion Per Curiam

 

Appellant, ABELARDO GARCIA MALDONADO, perfected an
appeal from a judgment entered by the 24th District Court of Refugio
County, Texas, in cause number 2000-1-4000. Appellant has filed a
motion to dismiss the appeal. The motion complies with Tex. R. App.
P. 42.2(a).

The Court, having considered the documents on file and
appellant=s motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. 
Appellant's motion to dismiss the appeal is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of April, 2001.